United States District Court
Southern District of Texas
**ENTERED**
March 11, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EDUARDO L. GUAJARDO, | § § | |
| Plaintiff, | § § | |
| | § | CIVIL ACTION NO. 2:19-CV-352 |
| v. | § § | |
| BROOKS COUNTY JAIL, *et al.*, | § § § | |
| Defendants | | |

## ORDER ADOPTING AMENDED MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Julie Hampton's Amended Memorandum and Recommendation (M&R) entered on February 13, 2020. (D.E. 9). The M&R recommends that the Court dismiss Plaintiff's case without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with court orders. (D.E. 9).

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R.[1] *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, LP*, No. CIV. A. H-14-2700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015).

---

[1] Plaintiff's mail was returned as undeliverable on March 2, 2020. (D.E. 11). As a party, Plaintiff is required to keep the Court apprised of his current address at all times and has failed to do so.

1 / 2

Having carefully reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 9). Accordingly, this cause is **DISMISSED WITHOUT PREJUDICE** for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SIGNED and ORDERED this _17th_ day of March 2020.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE